AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WOOD, DIANE P. | U.S. Court of Appeals, 7th Cir | 05/05/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 2688 U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604-1818 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Senior Lecturer in Law | The University of Chicago Law School |
| 2. Trust and Council Member | American Academy of Arts & Sciences |
| 3. Board Member | Constitutional Rights Foundation Chicago |
| 4. Council Member | American Law Institute |
| 5. Board Member (President 2011) | Texas Law Review Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Wood, Diane P.**

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/05/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | University of Chicago Salary (Total) | $26,955.00 |
| 2. | 2010 | West Services, Inc. (Book Royalties) | $5,347.65 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Northwestern Feinberg School of Medicine - Professor of Neurology - Salary |
| 2. | 2010 | Self Employed Health Care Consultant - Expert Neurologist |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas Attorney General's Office | 1/29/10-1/31/10 | Austin, TX | Texas AG Distinguished Speaker Series | T,F |
| 2. | ABA Employment Law Section | 2/4/10-2/5/10 | San Antonio, TX | ABA Employment Law Midwinter Meeting | T,L |
| 3. | UC-Berkeley School of Law | 3/4/10-3/5/10 | Berkeley, CA | Moot Court Judge | T, L, F |
| 4. | Pepperdine University Law School | 3/6/10-3/7/10 | Malibu, CA | Moot Court Judge | T, L, F |
| 5. | British Institute of Int'l and Comparative Law (BIICL) | 3/15/10-3/17/10 | London, United Kingdom | 2010 Grotius Lecture | T, L, F |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WOOD, DIANE P. | 05/05/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Constitution Society | 3/23/10 | Washington, D.C. | Luncheon Presentation | F |
| 7. | American Society of Int'l Law (ASIL) and University of Chicago Law School | 3/23/10-3/24/10 | Washington, D.C. | American Journal of International Law Board Meeting | T, L, F |
| 8. | University of Texas Law School Alumni Association | 4/23/10 | Austin, TX | Recipient - University of Texas Law School Outstanding Alumnus Award | F |
| 9. | University of Texas Law Review Association | 4/24/10 | Austin, TX | Law Review Assn. Annual Meeting | T, L, F |
| 10. | Renaissance Weekend | 7/1/10-7/5/10 | Hilton Head Island, S.C. | Renaissance Weekend Program | L, F |
| 11. | Phi Alpha Delta Law Fraternity, Int'l | 8/4/10-8/5/10 | Tampa, Florida | Recipient - Phi Alpha Delta Barbara Jordan Public Service Award | T, L |
| 12. | Federal Bar Association of Oklahoma City | 9/27/10-9/28/10 | Oklahoma City, OK | Oklahoma City Federal Bar Association William J. Holloway Lecture | T, L, F |
| 13. | American Enterprise Institute (AEI) | 9/29/10-10/3/10 | Washington, D.C. | AEI Transatlantic Law Forum | T, L, F |
| 14. | Federal Bar Association Southern Texas Chapter | 10/7/10-10/8/10 | Houston, Texas | Keynote Speaker - Southern District of Texas Federal Bar Association Dinner | T, L, F |
| 15. | American Academy of Arts & Sciences (AAAS) | 10/8/10-10/10/10 | Cambridge, MA | American Academy of Arts & Sciences 2010 Induction Weekend | T, L, F |
| 16. | American Law Institute (ALI) | 10/20/10-10/21/10 | New York, NY | ALI Council Meeting and ALI Nominating Committee Meeting | T, L, F |
| 17. | Texas Exes | 10/21/10-10/24/10 | Austin, TX | Recipient - Texas Exes Distinguished Alumna Award | T, F, E |
| 18. | American Law Institute (ALI) | 12/2/10-12/4/10 | Santa Fe, NM | ALI Executive Committee Meeting and Retreat | T, L, F |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/05/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Teachers Insurance & Annuity Assn. (TIAA) | | None | N | T | | | | | |
| 2. College Retirement Equities Fund (CREF) | | None | O | T | | | | | |
| 3. Harris Bank of Chicago | A | Interest | J | T | | | | | |
| 4. RBS Citizens, N.A. | A | Interest | J | T | | | | | |
| 5. Chase Bank | A | Interest | M | T | | | | | |
| 6. ADC Telecommunications | A | Dividend | | | Sold | 12/13/10 | J | A | N/A |
| 7. Ameriprise 403(b) | | None | M | T | | | | | |
| 8. Avanir Pharmaceuticals | A | Dividend | J | T | | | | | |
| 9. Baird Insured Deposit | A | Interest | K | T | | | | | |
| 10. Bristol Myers | A | Dividend | J | T | | | | | |
| 11. Fastenal | B | Dividend | M | T | | | | | |
| 12. Fidelity NMFF 457(b) | | None | L | T | | | | | |
| 13. Fidelity Northwestern 403(b) | | None | O | T | | | | | |
| 14. FRDXX Fidelity Cash Reserves | C | Interest | L | T | | | | | |
| 15. CLSPX Columbia Mid Cap Growth Cl Z | | None | M | T | | | | | |
| 16. FDVLX Fidelity Value | | None | M | T | | | | | |
| 17. OBFVX Old Mutual Focused Fund CLZ, fka OBHGX Old Mutual Grow | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RC2 Corporation | A | Dividend | J | T | | | | | |
| 19. FLPSX Fidelity Low Priced Stock Fund | | None | L | T | | | | | |
| 20. GE | A | Dividend | J | T | | | | | |
| 21. Lake County, IL School District Tax-Exempt Bond | | None | J | T | | | | | |
| 22. Maricopa, AZ Tax-Exempt Bond | | None | J | T | | | | | |
| 23. M & I (Marshall & Ilsley) Bank | A | Interest | K | T | | | | | |
| 24. Multilink Telecommunications (Y) | | | | | | | | | |
| 25. Silverado Gold Fields (Y) | | | | | | | | | |
| 26. Sun Microsystems | A | Dividend | | | Sold | 01/28/10 | J | A | N/A |
| 27. W & T Offshore | A | Dividend | J | T | | | | | |
| 28. Walmart de Mexico | A | Dividend | K | T | | | | | |
| 29. Wells Fargo | C | Int./Div. | N | T | | | | | |
| 30. Whole Foods | A | Dividend | M | T | | | | | |
| 31. Zimmer Medical Holdings | A | Dividend | J | T | | | | | |
| 32. Rental House, Madison, Dane County, Wisconsin-See Part VIII | E | Rent | N | S | | | | | |
| 33. Rental House, Travis Co., Texas- See Part VIII | B | Rent | M | S | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. Investments and Trusts.

NOTE: The TIAA and CREF accounts reported in Part VII are not income-producing. The value of accumulations in each either increases or decreases depending on the market and the amount of premiums paid in.

Line 34. Rental house, Madison, Dane County, Wisconsin. Assessed value for 2010: $282,300.00

Line 35 Rental house, Travis County, Texas. Assessed value for 2010: $216,733

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/05/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ DIANE P. WOOD

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544